# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.	CASE NO. 4:10-cr-30-SPM/WCS-1

**HUGO EMMUEL HERNANDEZ-MEJIA,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 20) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **HUGO EMMUEL HERNANDEZ-MEJIA**, to Count One of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>twenty-third</u> day of June, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge